IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **In Re:** | ) |
| | ) |
| **JUSTIN S. BRUNER,** | )   Case No. 17-15011-JDL |
| **RHIANNON L. BRUNER** | )   Chapter 13 |
| | ) |
| **Debtors.** | ) |

AMENDED
**MOTION FOR RELIEF FROM AUTOMATIC STAY AND NOTICE OF INTENT TO
SEEK ABANDONMENT OF PROPERTY, AS TO DEBTOR AND CO-DEBTOR,
WAIVER OF BANKRUPTCY RULE 4001(A)(3)
BRIEF IN SUPPORT THEREOF
AND NOTICE OF OPPORTUNITY FOR HEARING**

COMES NOW Capital One Auto Finance, a division of Capital One, N.A., a creditor in the aboce-styled bankruptcy proceeding, and respectfully moves the Court for an Order modifying Stay and Abandoning Property as to Debtor and Co-Debtor, Rhiannon L. Bruner. In support of its Motion, Movant shows the Court as follows:

1.  Movant is a secured creditor of the Debtor and Co-Debtor.

2..  Movant is the owner and holder of a certain Promissory Note and Security Agreement executed by the Debtor and Co-Debtor covering the following described personal property, to-wit:

2014 KIA Sorento

VIN # 5XYKT3A66EG488926

Movant's security interest in the Property has been properly perfected as shown by the documents, attached hereto, marked collectively as Exhibit "A" and made a part hereof.

3.  The total amount due on the Promissory Note and Security Agreement is $18,080.91, plus accrued interest and interest accuring thereafter until paid in full, plus attorneys fees and costs.

4.  The reasonable value of the Property is less than the debt owed against it.

5.  The Debtor has not provided Movant with adequate protection.

6.  The Debtor and Co-Debtor are in default under the terms of their contracts with Movant.

7.  The Property is burdensome to the estate, and the automatic stay should be lifted in order that Movant may proceed to foreclose its interest in the Property.

8.  Movant will suffer irreparable injury, loss and damage unless the automatic stay is lifted so as to permit Movant to commence with its action to recover said property. The irreparable injury will be a greater accrual of interest on the unpaid principal balance and a potential deterioration of the property without the ability of lender to conduct property preservation efforts. Movant requests that the Court waive the provisions of Rule 4001 (a) (3) which provides for a stay of fourteen (14) days following the entry of an Order granting a Motion for Relief from Stay. The basis for the Waiver of the fourteen (14) day stay is that the lender will suffer irreparable injury, a greater accrual of interest on the unpaid principal balance and a potential deterioration of the property without the ability of the lender to conduct property preservation efforts.

## NOTICE OF OPPORTUNITY FOR HEARING

**Your rights may be affected. You should read this document carefully and consult your attorney about your rights and the effect of this document.** If you do not want the Court to grant the requested relief, or you wish to have your views considered, you must file a written response or objection to the requested relief with the Clerk of the United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Avenue, Oklahoma City, Oklahoma 73102, no later than twenty (20) days from the date of filing of this request for relief. You should also serve a file stamped copy of your response or objection to the undersigned movant/movant's attorney [and others who are required to be served] and file a certificate of service with the Court. If no response or objection is timely filed, the Court may grant the requested relief without a hearing or further notice.

**The twenty (20) day period includes the three (3) days allowed for mailing provided for in Bankruptcy Rule 9006(f). Fed. R.Bankr.Proc.**

**WHEREAS,** Capital One Auto Finance, a division of Capital One, N.A., moves the Court of an Order modifying the automatic stay as to the Debtor and Co-Debtor, Rhiannon L. Bruner, as to the above described Property, Order the Abandonment of the Property from the bankruptcy estate, Order that the Stay of this Order provided in Bankruptcy Rule 4001 (a) (3) shall not apply, and grant such additional relief as this Court deems equitable.

Capital One Auto Finance, a division of
Capital One, N.A.

/s/ Bret D. Davis

Bret D. Davis, #15079
LAMUN MOCK CUNNYNGHAM & DAVIS, P.C.
5613 N. Classen Blvd.
Oklahoma City, Oklahoma 73118
(405) 840-5900   Fax: (405) 842-6132
Bdavis@lamunmock.com
ATTORNEYS FOR MOVANT

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of January, 2018, a copy of the Motion From Relief From Automatic Stay and Intent to Seek Abandonment of Property was electronically transmitted to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

David Roberts
Attorney for Debtors
alsok@cox.net

John Hardeman
13trustee@chp13okc.com

U.S. Trustee
Ustpregion20.oc.ecf@usdoj.gov

And, I further certify that I mailed a copy of the Motion From Relief From Automatic Stay and Intent to Seek Abandonment of Property and Notice of Opportunity of Hearing, by first-class U.S. Mail, postage pre-paid, to:

Justin S. Bruner
Rhiannon L. Bruner
18660 Big Jim Rd.
Norman, OK 73026

/s/ Bret D. Davis

```
Label Matrix for local noticing          Capital One Auto Finance, a division of Capi    USBC Western District of Oklahoma
1087-5                                   4515 N Santa Fe Ave. Dept. APS                  215 Dean A. McGee
Case 17-15011                            Oklahoma City, OK 73118-7901                    Oklahoma City, OK 73102-3426
Western District of Oklahoma
Oklahoma City
Thu Jan 11 11:55:48 CST 2018

(p)THE KEY INC                           Allnations Bank                                 Americash Loans
PO BOX 720308                            2023 S. Gordon Cooper Drive                     2029 N. Harrison
OKLAHOMA CITY OK 73172-0308              Shawnee OK 74801-9005                           Shawnee OK 74804-3140


Capital One Auto Finance, c/o AIS Portfolio    Capitalone Auto                           Carolyn Little Axe-Sadongei
P.O. Box 4360                            P.o.B. 259407                                   18650 Big Jim Road
Houston, TX 77210-4360                   Plano TX 75025-9407                             Norman OK 73026-9439


EZ Auto                                  Federal Loan Service                            First Premier Bank
c/o Robinson 7 Hoover                    P.O.B. 69184                                    P.O.B. 5519
119 N. Robinson                          Harrisburg PA 17106-9184                        Sioux Falls SD 57117-5519
Ste. 1000
Oklahoma City OK 73102-4614


Premier Bankcard, Llc                    SFC-Central Bankruptcy                          United States Trustee
Jefferson Capital Systems LLC Assignee   P.O. Box 1893                                   United States Trustee
Po Box 7999                              Spartanburg, S.C 29304-1893                     215 Dean A. McGee Ave., 4th Floor
Saint Cloud Mn 56302-7999                                                                Oklahoma City, OK 73102-3479


David M. Roberts                         John T. Hardeman                                Justin S. Bruner
 Affiliated Legal Services, Inc.         PO Box 1948                                     18660 Big Jim Road
3840 N.W. 23rd Street                    Oklahoma City, OK 73101-1948                    Norman, OK 73026-9439
Oklahoma City, OK 73107-2738


Rhiannon L. Bruner
18660 Big Jim Road
Norman, OK 73026-9439
```

                    The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                    by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
AUTO FINANCE USA                         (d)Auto Finance USA                             End of Label Matrix
P.O. BOX 720308                          208 W-I240 Service Road                         Mailable recipients    18
OKLAHOMA CITY, OK 73172                  Oklahoma City OK 73139                          Bypassed recipients     0
                                                                                         Total                  18
```

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1087-5<br>Case 17-15011<br>Western District of Oklahoma<br>Oklahoma City<br>Thu Jan 11 11:55:48 CST 2018 | Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | USBC Western District of Oklahoma<br>215 Dean A. McGee<br>Oklahoma City, OK 73102-3426 |
| (p)THE KEY INC<br>PO BOX 720308<br>OKLAHOMA CITY OK 73172-0308 | Allnations Bank<br>2023 S. Gordon Cooper Drive<br>Shawnee OK 74801-9005 | Americash Loans<br>2029 N. Harrison<br>Shawnee OK 74804-3140 |
| Capital One Auto Finance, c/o AIS Portfolio<br>P.O. Box 4360<br>Houston, TX 77210-4360 | Capitalone Auto<br>P.o.B. 259407<br>Plano TX 75025-9407 | Carolyn Little Axe-Sadongei<br>18650 Big Jim Road<br>Norman OK 73026-9439 |
| EZ Auto<br>c/o Robinson 7 Hoover<br>119 N. Robinson<br>Ste. 1000<br>Oklahoma City OK 73102-4614 | Federal Loan Service<br>P.O.B. 69184<br>Harrisburg PA 17106-9184 | First Premier Bank<br>P.O.B. 5519<br>Sioux Falls SD 57117-5519 |
| Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | SFC-Central Bankruptcy<br>P.O. Box 1893<br>Spartanburg, S.C 29304-1893 | United States Trustee<br>United States Trustee<br>215 Dean A. McGee Ave., 4th Floor<br>Oklahoma City, OK 73102-3479 |
| David M. Roberts<br>Affiliated Legal Services, Inc.<br>3840 N.W. 23rd Street<br>Oklahoma City, OK 73107-2738 | John T. Hardeman<br>PO Box 1948<br>Oklahoma City, OK 73101-1948 | Justin S. Bruner<br>18660 Big Jim Road<br>Norman, OK 73026-9439 |
| Rhiannon L. Bruner<br>18660 Big Jim Road<br>Norman, OK 73026-9439 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AUTO FINANCE USA<br>P.O. BOX 720308<br>OKLAHOMA CITY, OK 73172 | (d)Auto Finance USA<br>208 W-I240 Service Road<br>Oklahoma City OK 73139 | End of Label Matrix<br>Mailable recipients    18<br>Bypassed recipients    0<br>Total                  18 |

# RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

DEAL #: [redacted]

Dealer Number: _____   Contract Number: _____

| Buyer Name and Address (including County and Zip Code) | Co-Buyer Name and Address (including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| JUSTIN BRUNER<br>4400 SMOKING TREE<br>SHAWNEE OK 74804<br>POTTAWATOMIE | RHIANNON BRUNER<br>4400 SMOKING TREE<br>SHAWNEE OK 74804 | BOB MOORE KIA NW<br>7340 NW EXPRESSWAY<br>OKLAHOMA CITY, OK 73132 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used/Demo | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| USED | 2014 | KIA SORENTO | 31568 | 5XYKT3A66EG488926 | Personal, family, or household unless otherwise indicated below<br>☐ business<br>☐ agricultural ☐ _____ |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $1000.00 |
|---|---|---|---|---|
| 21.00 % | $ 16664.52 | $ 21309.00 | $ 37973.52 | $ 38973.52 |

### Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | 527.41 | Monthly beginning 01/18/2015 |
| N/A | N/A | N/A |

Or As Follows: N/A

Late Charge. If payment is not received in full within 10 days after it is due, you will pay a late charge of $ 24.50 or 5 % of the part of the payment that is late, whichever is greater.

Prepayment. If you pay off all your debt early, you will not have to pay a penalty.

Security Interest. You are giving a security interest in the vehicle being purchased.

Additional Information: See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

### ITEMIZATION OF AMOUNT FINANCED

| | | |
|---|---|---|
| 1 Cash Price (including $ N/A excise tax) | | $ 18620.00 (1) |
| 2 Total Downpayment = | | |
| Trade-in N/A (Year) (Make) (Model) | | |
| Gross Trade-In Allowance | $ N/A | |
| Less Pay Off Made By Seller | $ N/A | |
| Equals Net Trade In | $ N/A | |
| + Cash | $ 1000.00 | |
| + Other N/A | $ N/A | |
| (If total downpayment is negative, enter "0" and see 4I below) | | $ 1000.00 (2) |
| 3 Unpaid Balance of Cash Price (1 minus 2) | | $ 17620.00 (3) |
| 4 Other Charges Including Amounts Paid to Others on Your Behalf | | |
| (Seller may keep part of these amounts) | | |
| A Cost of Optional Credit Insurance Paid to Insurance Company or Companies | | |
| Life | $ N/A | |
| Disability | $ N/A | $ N/A |
| B Vendor's Single Interest Insurance Paid to Insurance Company | | $ N/A |
| C Other Optional Insurance Paid to Insurance Company or Companies | | $ N/A |
| D Optional Gap Contract | | $ 800.00 |
| E Official Fees Paid to Government Agencies | | |
| to N/A for N/A | | $ N/A |
| to N/A for N/A | | $ N/A |
| to N/A for N/A | | $ N/A |
| F Government Taxes Not Included in Cash Price | | $ N/A |
| G Government License and/or Registration Fees | | |
| LIC/TRAN/REG/LIEN/PLATE | | $ N/A |
| H Government Certificate of Title Fees | | $ 10.00 |
| I Other Charges (Seller must identify who is paid and describe purpose.) | | |
| to N/A for Prior Credit or Lease Balance | $ N/A | |
| to MAP for EXT WARRANTY | $ 2580.00 | |
| to N/A for N/A | $ N/A | |
| to N/A for N/A | $ N/A | |
| to N/A for N/A | $ N/A | |
| to N/A for N/A | $ N/A | |
| to N/A for N/A | $ N/A | |
| to N/A for N/A | $ N/A | |
| to N/A for N/A | $ N/A | |
| to BOB MOORE KIA NW for PROCESSING FEE | $ 299.00 | |
| Total Other Charges and Amounts Paid to Others on Your Behalf | | $ 3689.00 (4) |
| 5 Amount Financed (3 + 4) | | $ 21309.00 (5) |

### Insurance.
You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked below.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

Check the insurance you want and sign below:

### Optional Credit Insurance

☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability: ☐ Buyer ☐ Co-Buyer ☐ Both

Premium:
Credit Life $ N/A
Credit Disability $ N/A
Insurance Company Name N/A
N/A
Home Office Address N/A
N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

### Other Optional Insurance

☐ N/A _____ N/A
   Type of Insurance   Term
Premium $ N/A
Insurance Company Name N/A
N/A
Home Office Address N/A
N/A

☐ N/A _____ N/A
   Type of Insurance   Term
Premium $ N/A
Insurance Company Name N/A
N/A
Home Office Address N/A
N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.

X N/A _____ N/A
Buyer Signature    Date

X N/A _____ N/A
Co-Buyer Signature    Date

THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE, WITHOUT SUCH INSURANCE YOU MAY NOT OPERATE THIS VEHICLE ON PUBLIC HIGHWAYS.

Returned Check Charge: You agree to pay a charge of $ 25.00 if any check you give us is dishonored.

---

☐ VENDOR'S SINGLE INTEREST INSURANCE (VSI Insurance): If the preceding box is checked, the Creditor requires VSI Insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft). VSI Insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. You may choose the insurance company through which the VSI Insurance is obtained. If you elect to purchase VSI Insurance through the Creditor, the cost of this insurance is $ N/A and is also shown in item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract. Any insurer issuing VSI Insurance waives its rights to subrogation against the Buyer.

OPTION: ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before N/A, Year _____. SELLER'S INITIALS _____

OPTIONAL GAP CONTRACT. A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.
Term 72 Mos.     EFG
Name of Gap Contract

I want to buy a gap contract.
Buyer Signs X [signature]

## NO COOLING OFF PERIOD
State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

HOW THIS CONTRACT CAN BE CHANGED. This contract contains the entire agreement between you and us relating to this contract. Any change to the contract must be in writing and we must sign it. No oral changes are binding. Buyer Signs X [signature] Co-Buyer Signs X [signature]
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
See back for other important agreements.

NOTICE TO RETAIL BUYER: Do not sign this contract in blank. You are entitled to a copy of the contract at the time you sign. Keep it to protect your legal rights.

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs X [signature]  Date 12/04/14   Co-Buyer Signs X [signature]   Date 12/04/14

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X _____ Address _____

Seller signs BOB MOORE KIA NW  Date 12/04/14 By X [signature]  Title [signature]

Seller assigns its interest in this contract to CAPITAL ONE AUTO FINANCE (Assignee) under the terms of Seller's agreement(s) with Assignee.
☐ Assigned with recourse   ☒ Assigned without recourse   ☐ Assigned with limited recourse
BOB MOORE KIA NW
Seller ___ By [signature] Title [signature]

LAW FORM NO. 553-OK 8/14

ORIGINAL LIENHOLDER

**OTHER IMPORTANT AGREEMENTS**

1. **FINANCE CHARGE AND PAYMENTS**
   a. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.
   b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose.
   c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on the front on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.
   d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.
   e. **Your right to refinance a balloon payment.** A balloon payment is a scheduled payment that is more than twice as large as the average of your earlier scheduled payments. If you are buying the vehicle primarily for personal, family or household use, you have the right to refinance the balloon payment when due without penalty. The terms of the refinancing will be no less favorable to you than the terms of this contract. This provision does not apply if we adjusted your payment schedule to your seasonal or irregular income.

2. **YOUR OTHER PROMISES TO US**
   a. If the vehicle is damaged, destroyed, or missing. You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.
   b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.
   c. **Security Interest.**
      You give us a security interest in:
      • The vehicle and all parts or goods put on it;
      • All money or goods received (proceeds) for the vehicle;
      • All insurance, maintenance, service, or other contracts we finance for you; and
      • All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.
      This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.
   d. **Insurance you must have on the vehicle.**
      You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on the front of this contract. If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.
   e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

3. **IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**
   a. You may owe late charges. You will pay a late charge on each late payment as shown on the front. Acceptance of a late payment does not excuse your late payment or mean that you may keep making late payments.

   If you pay late, we may also take the steps described below.
   b. You may have to pay all you owe at once. If you break your promises (default), we may demand that you pay all you owe on this contract at once. Default means:
      • You do not pay any payment on time;
      • You give false, incomplete, or misleading information on a credit application;
      • You start a proceeding in bankruptcy or one is started against you or your property; or
      • You break any agreements in this contract.
      The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.
   c. You may have to pay collection costs. If we hire an attorney who is not our salaried employee to collect what you owe, you will pay the attorney's fee and court costs the law permits. The maximum attorney's fee you will pay will be 15% of the amount you owe, unless a court awards an additional amount.
   d. We may take the vehicle from you. If you default, we may take (repossess) the vehicle from you if we do so peacefully and if the law allows it. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.
   e. How you can get the vehicle back if we take it. If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.
   f. We will sell the vehicle if you do not get it back. If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
      We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs, if the law permits, are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us unless the law provides otherwise. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.
   g. What we may do about optional insurance, maintenance, service, or other contracts. This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

4. **WARRANTIES SELLER DISCLAIMS**
   Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.
   This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

5. **Used Car Buyers Guide.** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.
   Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

6. **SERVICING AND COLLECTION CONTACTS**
   You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

7. **APPLICABLE LAW**
   Federal law and the law of the state of our address shown on the front of this contract apply to this contract.

---

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

Form No. 553-OK 8/14

OKLAHOMA TAX COMMISSION

LIEN HOLDERS RELEASE FORMS

VIN: 5XYKT3A66EG488926   VEHYR: 2014   MAKE: KIA   MODEL: SOR   BODY: UT
AGNT #: 5579                        LIEN DATE: 12/09/2014         LIEN TIME: 11:00
LIEN DEBTOR: JUSTIN BRUNER&RHIANNON BRUNER

4400 SMOKING TREE
SHAWNEE         OK   74804

LIEN HOLDER: CAPITAL ONE AUTO FINANCE

PO BOX 255605
SACRAMENTO       CA   95865                              REF#:

TO: OKLAHOMA TAX COMMISSION
    MOTOR VEHICLE DIVISION
    P.O. BOX 269061
    OKLAHOMA CITY   OK  73126

TO WHOM IT MAY CONCERN: WE HAVE RELEASED OUR SECURITY INTEREST IN THE MOTOR VEHICLE DESCRIBED ABOVE, EFFECTIVE ON THE DATE WHICH APPEARS BY MY SIGNATURE. PLEASE REVISE YOUR RECORDS TO REFLECT THIS RELEASE.
SIGNATURE OF REPRESENTATIVE OF SECURED PARTY

X _____          DATE _____

COPY 1

OKLAHOMA TAX COMMISSION

LIEN RECEIPT

VIN: 5XYKT3A66EG488926   VEHYR: 2014
                        MAKE : KIA
                        MODEL: SOR
                        BODY : UT

PYMT TYPE: CASH

LIEN DATE: 12/09/2014        AGNT #: ▮

LIEN TIME: 11:00             DATE: 12/09/2014

                             REF#: ▮

                             LIEN FEE:    10.00

LIEN
DEBTOR: JUSTIN BRUNER&RHIANNON BRUNER

CAPITAL ONE AUTO FINANCE

PO BOX 255605
SACRAMENTO         CA   95865         TOTAL:       10.00
                                                   COPY 3





**OKLAHOMA TAX COMMISSION**
**MOTOR VEHICLE DIVISION**
**POST OFFICE BOX 269061**
**OKLAHOMA CITY, OKLAHOMA 73126**

# LIEN ENTRY FORM

**Debtor Names and Address (Last Name First)**

**JUSTIN BRUNER    RHIANNON BRUNER**
Name(s)

BRUNER

**4400 SMOKING TREE**
Address

**SHAWNEE  OK  74804**
City, State, Zip

| | |
|---|---|
| **BOB MOORE KIA NW**<br>Secured Party Name | **CAPITAL ONE AUTO FINANCE**<br>Assignee of Secured Party Name |
| **7340 NW EXPRESSWAY**<br>Address | **PO BOX 255605**<br>Address |
| **OKLAHOMA CITY, OK 73132**<br>City, State, Zip | **SACRAMENTO CA 95865-5589**<br>City, State, Zip |

## THIS LIEN ENTRY FORM COVERS THE FOLLOWING VEHICLE

| 2014 | KIA | MP | 5XYKT3A66EG488926 |
|---|---|---|---|
| Year | Make | Body Type | Vehicle Identification Number (VIN/HIN) |

**12/04/2014**
Date of Security Agreement

*Carol Sockwell*
Secured Party/Assignee Signature

Original Oklahoma Title Number

**12/04/2014**
Date Executed

Lender must type and print four (4) identical copies of the Lien Entry Form. Type one Lien Entry Form for each vehicle, boat or outboard motor.

One (1) copy to the Oklahoma Tax Commission, one (1) copy to the motor license agent, one (1) copy to the secured party or assignee, one (1) copy attached to the title documents to be given to the debtor.

Notice to Debtor: Oklahoma law requires a new owner to title and register his/her vehicle and pay all taxes and fees due within 30 days of acquiring ownership.